| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) The Corporation Company  C. Date of Delivery 7/15/09 |
| 1. Article Addressed to:<br><br>Experian Information Solutions, Inc<br>c/o The Corporation Company<br>2000 Interstate Park Drive, Suite 204<br>Montgomery, AL 36109<br><br>09cv649 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer f.) 7008 3230 0000 5956 9757 | |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540