IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BENNY R. CURRY,                    )
                                   )
     Plaintiff,                    )
                                   )     CIVIL ACTION NO.
     v.                            )       2:09cv649-MHT
                                   )          (WO)
CAPITAL ONE BANK, N.A., a          )
foreign corporation,               )
et al.,                            )
                                   )
     Defendants.                   )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 24), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Experian Information Solutions, Inc., and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**The clerk of the court may close this case.**

**DONE, this the 9th day of November, 2009.**

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**